# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | INDICTMENT NO. CR294-45 |
| BACHIR MACHLAH, | * | |
| Defendant | * | |

## ORDER

Having considered the Defendant's request to file the contents of the Defendant's Waiver of Speedy Trial under seal, and good cause appearing:

**IT IS HEREBY ORDERED** that the Defendant's Waiver of Speedy Trial shall be filed under seal pursuant to Local Rule 79.7.

This the 12th of December, 2007.

MAGISTRATE Judge, United States District Court
Southern District of Georgia